# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Supervised Release) |
| v. | Case Number: 05-cr-00052-LTB-01 |
| | USM Number: 28119-013 |
| SALVATORE ANDRETTI <br> a/k/a David Parker <br> a/k/a Salvatore Carmine Andretti | Sean Michael McDermott, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 03/30/2007 |
| 2 | Failure to Notify Probation Officer of Change in Residence | 03/30/2007 |

The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

June 14, 2010
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

June 16, 2010
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Violation of the Law: Armed Bank Robbery and Aiding and Abetting (3 Counts), Possession of a Firearm by a Felon - Armed Career Criminal and Aiding and Abetting | 05/16/2007 |
| 4 | Violation of the Law: Armed Bank Robbery and Aiding and Abetting (2 Counts), And Use and Carry of a Firearm During and in Relation to a Crime of Violence | 07/16/2007 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months consecutive to the custodial sentence imposed in United States District Court, District of Colorado, Criminal Case Number 99-cr-00434-LTB-01.

The Court recommends that the Bureau of Prisons credit the defendant with 1,159 days spent in official detention prior to sentencing.

The Court further recommends that the Bureau of Prisons place the defendant at an institution in Florence, Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____  
Deputy United States Marshal